**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 29, 2015

Hon. Arturo Guajardo Jr.
Hidalgo County Clerk
P. O. Box 58
Edinburg, TX 78540
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00327-CV
Tr.Ct.No. CL-14-1404-H
Style:    Mike East, Alice East, Lisa East and Alejandro Urias v. Laura Salinas


The judgment of the trial court in the above cause was DISMISSED by this Court on the 14th day of August, 2014.  The mandate is enclosed.

Costs of the appeal were adjudged against appellants, Mike East, Alice East, Lisa East and Alejandro Urias.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days.  Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Robert J. Salinas (DELIVERED VIA E-MAIL)
      Hon. J. A. `Tony` Canales (DELIVERED VIA E-MAIL)